IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ERIC MATTHEW NEGRIN, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-125(LAG) |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS DENTAL DIVISION, et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of October, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk